E. Solé & Co., S. en C., demandante y apelada, *v.* José Claudio, demandado y apelante.

No. 4942.—*Sometido:* Febrero 6, 1931. *Resuelto:* Marzo 18, 1931.

*C. del Toro Fernández,* abogado del apelante; *Oscar Souffront,* abogado de la apelada.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

■ La primera contención del apelante es que la confirmación de un arreglo (*composition*) entre el quebrado y sus acreedores (no obstante la oposición de uno de tales acreedores, quien posteriormente aceptó un pago a prorrata) relevó a los fiadores de dicho quebrado de toda responsabilidad por el saldo en descubierto de una obligación en poder del acreedor disidente, aquí demandante. La corte de distrito no erró al resolver esta cuestión en forma adversa al apelante. 7 C. J. 346, Sec. 598; *Easton Furniture Manufacturing Co.* v. *Caminez,* 146 App. Div. 436; *Stauffer, Eschleman Co.* v. *Abington Hardware & F. Co.,* 131 La. 714; *Myers* v. *International Trust Co.,* 273 U. S. 380.

■ La segunda contención del apelante suscita una cuestión de novación.

Según ha sido desarrollada por las alegaciones y la prueba, ella era primordialmente una cuestión de intención y de hecho.

No hallamos que se cometiera tan manifiesto error en la apreciación de la prueba sobre este particular, que exija la revocación.

*Debe confirmarse la sentencia apelada.*